# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JULIE A. SU, ) | |
| Acting Secretary of Labor, ) | CIVIL ACTION NO. |
| United States Department of Labor, ) | |
| ) | _____ |
| Plaintiff, ) | |
| v. ) | |
| ) | **COMPLAINT** |
| MAR-JAC POULTRY OF ALABAMA, LLC, ) | |
| ) | (Injunctive Relief Sought) |
| Defendant. ) | |

Plaintiff brings this action pursuant to §17 of the Act, 29 U.S.C. § 207, to have Mar-Jac Poultry of Alabama, LLC ("Defendant") enjoined from violating the provisions of § 212(a), 212(c) and 15(a)(4) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter the Act.

1.

Defendant, at all times hereinafter mentioned, has been a corporation having a place of business and doing business at 3301 3rd Ave, Jasper, Alabama 35501.

2.

At all times hereinafter mentioned:

- A. Defendant is engaged in related activities, performed either through unified operation or common control for a common business purpose, that constitute an enterprise within the meaning of § 3(r) of the Act, 29 U.S.C. § 203(r);

  And

- B. Such enterprise, which employed employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce

and having an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated), constitutes an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of § 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

3.

On May 1, 2024, investigators with the Wage and Hour Division, U.S. Department of Labor ("WHD"), discovered oppressive child labor at Defendant's poultry processing facility, namely children working on the kill floor deboning poultry and cutting carcasses, during a May 1, 2024 civil search warrant. The children had been working at the facility for months, and Defendant continually removed goods from the facility the entire time, including after the search warrant, and over WHD's objection. The goods processed in this facility up to May 31, 2024 are tainted by child labor and are now "hot goods" under the FLSA.

4.

Defendant repeatedly violated the provisions of §§ 12(a), 12(c), and 15(a)(4) of the Act, 29 U.S.C. §§ 212(a), 212(c), and 215(a)(4), by employing oppressive child labor, within the meaning of § 3(l) of the Act, 29 U.S.C. § 203(l), by employing several minors under the age of 18 in the particularly hazardous occupations of working on the kill floor while hanging poultry along fast-moving machine lines, de-boning poultry, and cutting poultry carcasses.

5.

Defendant repeatedly violated the provisions of §§ 12(a) and 15(a)(4) of the Act by removing goods from an establishment where it employed oppressive child labor within 30 days of such employment (hereinafter, "hot goods") and shipped such hot goods in interstate commerce.   Defendant's shipment or delivery for shipment of hot goods into commerce

continues to result in Defendant being unjustly enriched, accruing substantial ill-gotten gains reaped from violations of the FLSA's child labor provisions.

6.

WHEREFORE, cause having been shown, Plaintiff prays for Judgment:

A. Pursuant to § 17 of the Act, 29 U.S.C. § 217, permanently enjoining Defendant, its agents, servants, employees and all persons in active concert or participation with them from violating the provisions of §§ 212 and 215(a)(4) of the Act;

B. Requiring Defendant to disgorge all ill-gotten profits earned from any sale of goods produced in an establishment where it employed oppressive child labor;

C. And for such other and further relief as may be necessary and appropriate including costs of this action, including interest at the underpayment rate established by the Secretary of the Treasury, pursuant to 26 U.S.C. § 6621, from the date they became due until paid, and costs of this action.

Respectfully submitted this 6th day of May, 2024.

| | |
|---|---|
| ADDRESS: | SEEMA NANDA<br>Solicitor of Labor |
| Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10 | TREMELLE I. HOWARD<br>Regional Solicitor |
| Telephone:<br>(678) 237-0623<br>(404) 302-5438 (Facsimile)<br>Murphy.kristin.r@dol.gov<br>gainey.john.o@dol.gov<br>atl.fedcourt@dol.gov | KRISTIN MURPHY<br>Acting Counsel<br><br>By: */s/ John O. Gainey*<br>      JOHN O. GAINEY<br>      Trial Attorney<br><br>Attorneys for the Acting Secretary<br>of Labor, United States<br>Department of Labor |