IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| JULIE A. SU, ) | |
| Acting Secretary of Labor, ) | CIVIL ACTION NO. |
| United States Department of Labor, ) | |
| ) | 6:24-cv-00569-LSC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MAR-JAC POULTRY OF ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF INVESTIGATOR LINDSEY ARNOLD

I, Lindsey Arnold, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an employee of the Wage and Hour Division, United States Department of Labor (hereinafter "WHD" or "Wage and Hour"), where I work as a Wage Hour Investigator (hereinafter "WHI") for the Birmingham, Alabama Area Office. I am over 18 years of age and have personal knowledge of the facts and circumstances stated herein.

2. On March 14, 2024, WHD received information that Mar-Jac Poultry of Alabama, LLC has been employing 15- to 18-year-old minors who are working on the processing line, hanging the live chickens with a hook on the conveyor line that are slaughtered.

3. Since March 27, 2024, I have participated in Wage and Hour's investigation of Defendant Mar-Jac Poultry AL, LLC ("Defendant") to determine whether Defendant complied with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., (the "Act"). The investigation covers the period May 6, 2021 to May 1, 2024.

4. My participation in Wage and Hour's investigation of Defendant has included inspecting Defendant's worksite at 3301 3rd Ave, Jasper, Alabama 35501 ("the Worksite"), examining Defendant's employment records, and interviewing relevant witnesses.

5. Such Wage and Hour investigation revealed to me, among other things, that:

    a. Defendant operates a poultry processing plant at the Worksite.

    b. Defendant employed employees at the Worksite who engaged in the processing and production of poultry products. The goods produced by these employees are shipped from Jasper, Alabama to various locations inside and outside the state of Alabama.

    c. During my investigation, the evidence revealed that, as recently as May 1, 2024, five minors were employed at the Worksite performing various job tasks on the killing floor. WHD identified four minors while at the Worksite on May 1, 2024 and at least one minor was identified after the WHD's investigators left the Worksite.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April, 2024.

*/s/ Lindsey Arnold*
Lindsey Arnold, Wage and Hour Investigator
U.S. Department of Labor
Wage and Hour Division