## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| JULIE A. SU, ) | |
| Acting Secretary of Labor, ) | CIVIL ACTION NO. |
| United States Department of Labor, ) | |
| ) | 6:24-cv-00569-LSC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MAR-JAC POULTRY OF ALABAMA, LLC, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF INVESTIGATOR DANIEL ROMAN

I, Daniel Roman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an employee of the Wage and Hour Division, United States Department of Labor (hereinafter "WHD" or "Wage and Hour"), where I work as a Wage Hour Investigator (hereinafter "WHI") for the Jackson District Office. I am over 18 years of age and have personal knowledge of the facts and circumstances stated herein.

2. Since April 30, 2024, I have participated in Wage and Hour's investigation of Defendant Mar-Jac Poultry AL, LLC ("Defendant") to determine whether Defendant complied with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., (the "Act"). The investigation covers the period May 6, 2021 to May 1, 2024.

3. My participation in Wage and Hour's investigation of Defendant has included inspecting Defendant's worksite at 3301 3rd Ave, Jasper, Alabama 35501 ("the Worksite") interviewing members of Defendant's employees and other relevant witnesses.

4. Such Wage and Hour investigation revealed to me, among other things, that:

    a. Defendant operates a poultry processing plant at the Worksite.

b. Defendant employed employees at the Worksite who engaged in the processing and production of poultry products. The goods produced by these employees are shipped from Jasper, Alabama to various locations inside and outside the state of Alabama.

c. As recently as May 1, 2024, a minor hereafter identified as Minor 1 was employed at the Worksite performing work on the killing floor. Minor 1's job tasks included mounting chicken carcasses onto hooks along a moving conveyor belt.

d. During my investigation, the evidence revealed that Minor 1's regular shift at the Worksite began at approximately 11:00 p.m. each day from Monday through Friday. Minor 1 began work on April 30 at 8:30 p.m.

e. During my investigation, the evidence revealed that Minor 1 was born in May of 2007 and is 16 years old. This was confirmed by Minor 1's birth certificate. Minor 1 is, and was on May 1, 2024, 16 years old.

f. As recently as May 1, 2024, a minor hereafter identified as Minor 2 was employed at the Worksite performing work on the killing floor. Minor 2's job tasks included eviscerating chicken carcasses.

g. During my investigation, the evidence revealed that Minor 2's regular shift at the Worksite began at approximately 11:00 p.m. each day from Monday through Friday. Minor 2 began work on April 30 at 8:30 p.m.

h. During my investigation, the evidence revealed that Minor 2 was born in January of 2008 and is 16 years old. This was confirmed by Minor 2's Jasper High School records. Minor 2 is, and was on May 1, 2024, 16 years old.

i. During my investigation, I also spoke with three other individuals who informed me that, while they were eighteen years old at the time of our interview on May 1, 2024, Mar-Jac hired them while they were between the ages of 15 and 17.

j. Each of these three individuals worked on the kill floor and were assigned various job tasks. These tasks included hanging chicken carcasses, washing internal organs of the chicken before placing them into a machine, and inspecting and de-boning chicken.

This 3rd day of May, 2024.

*/s/ Daniel Roman*
Daniel Roman, Wage and Hour Investigator
United States Department of Labor