# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>      Plaintiff,<br>v.<br><br>MAR-JAC POULTRY OF ALABAMA, LLC,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>6:24-cv-00569-LSC |

## DECLARATION OF INVESTIGATOR KASSANDRA ROUNTREE

I, Kassandra Rountree, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an employee of the Wage and Hour Division, United States Department of Labor (hereinafter "WHD" or "Wage and Hour"), where I work as a Wage Hour Investigator (hereinafter "WHI") for the Montgomery Area Office. I am over 18 years of age and have personal knowledge of the facts and circumstances stated herein.

2. Since April 23, 2024, I have participated in Wage and Hour's investigation of Defendant Mar-Jac Poultry AL, LLC ("Defendant") to determine whether Defendant complied with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., (the "Act"). The investigation covers the period from May 6, 2021, to May 1, 2024.

3. My participation in Wage and Hour's investigation of Defendant has included inspecting Defendant's worksite at 3301 3rd Ave, Jasper, Alabama 35501 ("the Worksite") interviewing members of Defendant's employees and other relevant witnesses.

4. Such Wage and Hour investigation revealed to me, among other things, that:

   a. Defendant operates a poultry processing plant at the Worksite.

b. Defendant employed employees at the Worksite who engaged in the processing and production of poultry products. The goods produced by these employees are shipped from Jasper, Alabama to various locations inside and outside the state of Alabama.

c. As recently as May 1, 2024, a minor hereafter identified as Minor 3 was employed at the Worksite performing work on the kill floor. Minor 3's job tasks included mounting chicken carcasses onto hooks along a moving conveyor belt.

d. During my investigation, the evidence revealed that Minor 3's regular shift at the Worksite began at approximately 11:00 p.m. each day from Sunday through Thursday. Minor 3 began work on April 30, 2024 at 11:00 p.m.

e. During my investigation, the evidence revealed that Minor 3 was born in September of 2006 and is 17 years old. This was confirmed by Minor 3's Guatemalan Consular ID. Minor 3 is, and was on 1, 2024, 17 years old.

This 3rd day of May, 2024.

*/s/ Kassandra Rountree*
Kassandra Rountree, Wage and Hour Investigator
United States Department of Labor