IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| JULIE A. SU, | ) | |
| Acting Secretary of Labor, | ) | CIVIL ACTION NO. |
| United States Department of Labor, | ) | |
| | ) | 6:24-cv-00569-LSC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MAR-JAC POULTRY OF ALABAMA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF INVESTIGATOR JESSENIA DIAZ LOPEZ

I, Jessenia Diaz Lopez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an employee of the Wage and Hour Division, United States Department of Labor (hereinafter "WHD" or "Wage and Hour"), where I work as a Wage Hour Investigator (hereinafter "WHI") for the Fort Lauderdale Area Office.  I am over 18 years of age and have personal knowledge of the facts and circumstances stated herein.

2. Since April 30, 2024, I have participated in Wage and Hour's investigation of Defendant Mar-Jac Poultry AL, LLC ("Defendant") to determine whether Defendant complied with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., (the "Act"). The investigation covers the period from May 6, 2021 to May 1, 2024.

3. My participation in Wage and Hour's investigation of Defendant has included inspecting Defendant's worksite at 3301 3rd Ave, Jasper, Alabama 35501 ("the Worksite") interviewing members of Defendant's employees and other relevant witnesses.

4. Such Wage and Hour investigation revealed to me, among other things, that:

    a. Defendant operates a poultry processing plant at the Worksite.

b. Defendant employed employees at the Worksite who engaged in the processing and production of poultry products. The goods produced by these employees are shipped from Jasper, Alabama to various locations inside and outside the state of Alabama.

c. As recently as May 1, 2024, a minor hereafter identified as Minor 4 was employed at the Worksite performing work on the killing floor. Minor 4's job tasks included mounting chicken carcasses onto hooks along a moving conveyor belt.

d. During my investigation, the evidence revealed that Minor 4's regular shift at the Worksite began at approximately 8:30 p.m. each day from Sunday through Thursday. Minor 4 began work on April 30 at 8:30 p.m.

e. During my investigation, the evidence revealed that Minor 4 was born in June of 2006 and is 17 years old.  This was confirmed by Minor 4's Alabama vaccination record. Minor 4 is, and was on 1, 2024, 17 years old.

f. During my investigation, I also spoke with another individual who informed me that, while they were eighteen years old at the time of our interview on May 1, 2024, Mar-Jac hired them while they were 16 years old.

g. This second individual worked on the kill floor and were assigned various job tasks, including cutting chicken and ensuring that chicken breast along the line were cut correctly.

This 3rd day of May, 2024.

*/s/ Jessenia Diaz Lopez*
Jessenia Diaz Lopez, Wage and Hour Investigator
United States Department of Labor