FILED
2024 May-08  PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, *Plaintiff,* VS. MAR-JAC POULTRY AL, LLC, *Defendant.* | ) ) ) ) ) ) CASE NO. 6:24-CV-00569-LSC ) ) ) ) ) ) |

## **DECLARATION OF HARVEY MICHAEL CASTO**

I, the undersigned Harvey Michael Casto, declare the following under penalty of perjury, based on my personal knowledge:

1. I am the Complex Manager for Mar-Jac Poultry of Alabama, LLC in Jaspar, Alabama and am knowledgeable about the operations. I have overall responsibility for the poultry processing plant located at 3301 3rd Avenue, Jasper, Alabama. I have been the Complex Manager for approximately four and a half years.

2. The processing plant is divided between first processing and second processing. Live birds come into the plant and are hung by their feet where they are mechanically killed, drained of blood, defeathered,

00567925

the heads and paws are removed, and the chickens through automation are mechanically eviscerated and inspected. The chickens go into the chiller where the chickens are chilled. This side is also considered the "raw" side. The employees in first processing are not allowed in second processing. Second processing begins when the chickens come out of the chiller, where they are rehung on shackles and proceed to other departments for further processing. This side is called "RTC" (ready to cook) and these employees and products are not allowed on the raw side.

3. Mar-Jac has had and continues to have a policy that it will not hire anyone under 18 years of age. Mar-Jac has signs posted at the entrances in English and Spanish that no one under 18 is allowed in the facility. Mar-Jac has not and will not hire any individual whose documentation shows they are not 18 years old. We do question applicants who appear young for their age.

4. Just before midnight on April 30, 2024, Wage and Hour Division served a warrant and entered the plant with approximately 20 Wage Hour Investigators.

5. In the morning of May 1, 2024, Wage and Hour District Director held a closing conference and informed us they had found child labor violations but would not identify them. We informed him we would immediately terminate their employment if identified. He initially refused to identify the minors so they could be removed by Mar-Jac. After reconsideration, the District Director identified three minors by name and by position. He stated that two minors worked in rehang where chickens come out of the chiller and are rehung by the legs on shackles. The other worked with a knife cutting wings of the chicken in further processing.

6. The two minors doing the rehang take birds that have been through first processing and chilled in the chillers and have emerged from the chillers onto a conveyor and hang them on shackles. These employees do not work on the "killing floor," which is called first processing in the poultry industry. They do not work with any power-driven equipment.

7. The employee who was identified as a wing cutter in second processing working on chickens after they have been chilled in the chillers. That employee simply cuts wings or other cuts off the chicken

carcass with a knife, as one would in a kitchen. That employee does not work with any power-driven equipment.

8. Mar-Jac immediately removed those individuals from employment. Mar-Jac also reviewed the documentation produced by those three individuals. All three had produced documentation for the I-9 forms that show they were 20 to 23 years old. That information was used to run those employees through the E-Verify system and the response back was Employment Authorized. (Redacted copies of those documents are attached hereto as Exhibit A. The originals are being submitted under seal because the documents contain personal identifiable information.)

9. Wage and Hour issued Mar-Jac a hot goods letter and its counsel, J. Larry Stine was provided a hot goods letter. (Copies attached as Exhibit B.)

10. Mar-Jac responded to the letter that it would not ship any product produced on that shift. (Mar-Jac response attached as Exhibit C.)

11. Wage and Hour responded that the offer was unacceptable and Mar-Jac must not ship any goods for 30 days after May 1, 2024, i.e.

May 31, 2024, because all the product produced in the next 30 days was "tainted." Mar-Jac refused to do so.

12. After Wage and Hour threatened to close the plant for 30 days, my team and I assessed the impact that such closure would have and we found the following:

    a. **Complex Employees Job Loss Impact:** Our employee roster on May 1, 2024 was 1084 employees. I used 1007 employees to determine the economic impact. It would require laying off approximately 1007 employees at the plant. Our hourly employee payroll is $776,979.48 a week. The four-week economic loss to the employees would be $3,107,917.92. Our salary payroll is $238,006.78 semimonthly and the monthly loss would be $476,013.56. For a total payroll loss of **$3,583,931.48.**

    b. **Economic Impact for Breeders/Pullets:** In 30 days, Mar-Jac's hen growers and pullet growers would suffer as follows:

        i. For the 30 days, hen growers get paid $0.61 per dozen hatching eggs produced. This impact of 908,928 dozen hatching eggs owed to hen growers would total

$554,446. This would affect 25 hen growers with a total of 67 hen houses.

 ii. For the 30 days, pullet growers would get paid a total sum of $168,809. This would impact 8 pullet growers with a total of 19 pullet houses.

 iii. The typical loan disbursement for growers is generally set at 60%. 60% of $723,255 (sum of hen/pullet grower pay) = **$433,953** owed to banks from growers during a 30-day period. The hen grower's bank would not be receiving any money during this time as they only receive hatching egg money from the hen growers.

 iv. In 30 days, the pullet crew (8 people) pay would have been paid $54,691.

 v. In 30 days, Mar-Jac would produce 10,907,136 hatching eggs or 908,928 dozen hatching eggs. These eggs cost us $3.5103 per dozen to produce, which would equal a net loss of $3,190,609.

 vi. Total Economic Impact on Breeder Hens/Pullet Dept. for 30 Days is **$3,968,555.**

    vii.    Total Economic Impact on contract producer debt load on housing, **$433,953.**

    viii.    The total economic impact on Breeders/Pullet would be **$4,402,508.**

c.    **Economic Impact Hatchery:** In 30 days, the impact on the Hatchery is as follows:

    i.    Our current egg set is 2,115,072 during a normal week. Occasionally we will set 2,239,488. Mar-Jac has 6,594,000 eggs in the setters and 1,119,800 eggs in the hatchers ready to hatch. The eggs in the hatchers have been vaccinated at a cost of $9,300.00. Incubation cost per chicks would be $329,700.

    ii.    Everything in the hatchery would have to be dumped in waste tanks. That's 21 days of employees collecting eggs, sliding them into setter buggies. This has a cost of $27,000.

    iii.    Waste pickup from dumping these eggs/chicks would cost roughly $75,000 - $100,000.00.

     iv.     We currently have 36 employees at the hatchery that are making a combined total of $28,141 a week. The 30 days would result in a loss of approximately $112,564.

     v.     Total hatchery impact would be roughly **$569,264.00.**

d.   **Economic Impact on operations for Feed Mill / Live Haul:** In 30 days the impact on the Feed Mill and Live Haul is as follows:

     i.     **Feed Mill:** Mar Jac currently employs 12 feed truck drivers. Each driver earns approximately $1,700 a week. Over a 30-day period, the 12 drivers would lose **$102,000** if the processing plant was shut down. To resume the plant / live operations, Mar Jac would bear the burden of trying to hire drivers once the processing plant reached full capacity again.

     Mar Jac's total feed and Mill operations and feed cost for a week and local economic impact of **$1,700,000**, with most of the ingredients coming from local farmers.

     ii.     **Live Haul:** Mar-Jac currently employs 9 live haul drivers. Each driver earns approximately $2,373 a

      week. If the processing plant was shut down, these 9 drivers would lose a total of **$106,785**. Mar Jac would also bear the burden of trying to hire drivers back once the processing plant climbs toward full capacity again.

   iii.    The cage repair employee would lose $5,000 if the plant was shut down 30 days.

   iv.    Total negative impact for the Feed Mill and Live haul estimated at **$1,913,786.**

e.  **Economic Sales Impact:** Weekly the plant provides fresh poultry to 43 different distributors across the country, adding up to over 3.2 million pounds weekly. We provide fresh poultry to 7 different fast food chain distributors across the country totaling around 1 million pounds weekly. That's over 4 million pounds of fresh poultry a week that restaurants will not have fresh poultry. On our frozen side, we produce around 1.5 million pounds of frozen product that is exported around the world. Put this into dollars- these volumes estimated would be around $63,000,000 dollars loss to Mar-Jac Poultry AL being closed for 30 days.

FURTHER DECLARANT SAYETH NOT.

I so declare under penalty of perjury, this 8th day of May 2024.

_____
Michael Casto
Complex Manager for Mar-Jac
Poultry of Alabama, LLC