FILED
2024 May-08 PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## REDACTED






Case 6:24-cv-00569-LSC  Document 6-2  Filed 05/08/24  Page 3 of 10

View Worker: JOEL CASTELLANO (4011649)

06:10 PM
05/01/2024
Page 1 of 2



Hanger Fast Food Night Dapec III - Hourly
Location   Alabama Plant
Cost Center   446 Fast Food Night Dapec III Hanger

# Personal

## Personal Information

Personal

Gender   Male
Date of Birth
Age   23 years, 10 months, 29 days
Marital Status   Single (United States of America)
Hispanic or Latino
Race/Ethnicity   Hispanic or Latino (United States of America)
Citizenship Status

# Professional Profile

## Job Details

Job Details

Employee ID   4011649
Supervisory Organization   Mar-Jac Poultry, Inc. >> LASHANDA MCCOY (4016921)
Position   Hanger Fast Food Night Dapec III - Hourly (Position Vacate:05/01/2024)
Business Title   Hanger Fast Food Night Dapec III - Hourly
Job Profile   Fast Food Night Dapec III - Hourly
Job Family
Employee Type   Regular
Time Type   Full time



View U.S. Employment Verification Status

05:21 PM
05/01/2024
Page 1 of 1

**JOEL CASTELLANO (4011649)**

U.S. Employment Verification Status: **Employment Authorized**

I-9 Process Status: **Process Finalized**

### Verification Status

| | |
|---:|:---|
| Employment Start Date | 03/06/2022 |
| Original Hire Date | 03/06/2022 |
| Electronic Form I-9 Process | Process Finalized |
| U.S. Employment Verification Status | Employment Authorized |
| E-Verify Case Number | 2022068035633AM |
| Recorded By | |
| Recorded On | 03/08/2022 09:56 PM |

| Form I-9 | Business Process Status | Initiated On | I-9 Process Status | Currently Assigned To | U.S. Employment Verification Status | E-Verify Case Number | Finalization Comment |
|---|---|---|---|---|---|---|---|
| Complete Form I-9: JOEL CASTELLANO (4011649) - Employment Authorized | Successfully Completed | 03/07/2022 12:46 AM | Process Finalized | | Employment Authorized | 2022068035633AM | |






View Worker: Rodger Ward II (4014622)

06:12 PM
05/01/2024
Page 1 of 2



Shoulder Cutter # 2 Debone Cone Lines Night - Hourly
Location   Alabama Plant
Cost Center   257 Debone Night - Breast Cut

# Personal

## Personal Information

Personal

| | |
|---|---|
| Gender | Male |
| Date of Birth | |
| Age | 20 years, 5 months, 28 days |
| Marital Status | Married (United States of America) |
| Hispanic or Latino | |
| Race/Ethnicity | Hispanic or Latino (United States of America) |
| Citizenship Status | |

# Professional Profile

## Job Details

Job Details

| | |
|---|---|
| Employee ID | 4014622 |
| Supervisory Organization | Mar-Jac Poultry, Inc. >> ARMANDO PADILLA AGUAYO (2311037) |
| Position | Shoulder Cutter # 2 Debone Cone Lines Night - Hourly (Position Vacate:05/01/2024) |
| Business Title | Shoulder Cutter # 2 Debone Cone Lines Night - Hourly |
| Job Profile | Debone Cone Lines Night - Hourly |
| Job Family | |
| Employee Type | Regular |
| Time Type | Full time |



View U.S. Employment Verification Status

05:18 PM
05/01/2024
Page 1 of 1

Rodger Ward II (4014622)

| | | |
|---|---|---|
| U.S. Employment Verification Status | | I-9 Process Status |
| Employment Authorized | | Process Finalized |

## Verification Status

| | |
|---|---|
| Employment Start Date | 01/02/2023 |
| Original Hire Date | 01/02/2023 |
| Electronic Form I-9 Process | Process Finalized |
| U.S. Employment Verification Status | Employment Authorized |
| E-Verify Case Number | 2023005042236HE |
| Recorded By | |
| Recorded On | 01/04/2023 10:22 PM |

| Form I-9 | Business Process Status | Initiated On | I-9 Process Status | Currently Assigned To | U.S. Employment Verification Status | E-Verify Case Number | Finalization Comment |
|---|---|---|---|---|---|---|---|
| Complete Form I-9: Rodger Ward II (4014622) - Employment Authorized | Successfully Completed | 01/04/2023 06:31 AM | Process Finalized | | Employment Authorized | 2023005042236HE | |








Hanger Rehang Night - Hourly
**Location** Alabama Plant
**Cost Center** 544 Chiller Rehang Nights

# Personal

## Personal Information

Personal

| | |
|---|---|
| Gender | Male |
| Date of Birth | |
| Age | 23 years, 11 months, 16 days |
| Marital Status | Married (United States of America) |
| Hispanic or Latino | |
| Race/Ethnicity | Hispanic or Latino (United States of America) |
| Citizenship Status | |

# Professional Profile

## Job Details

Job Details

| | |
|---|---|
| Employee ID | 4010078 |
| Supervisory Organization | Mar-Jac Poultry, Inc. >> WILFREDO MELENDEZ (4001801) |
| Position | Hanger Rehang Night - Hourly (Position Vacate:05/01/2024) |
| Business Title | Hanger Rehang Night - Hourly |
| Job Profile | Rehang Night - Hourly |
| Job Family | |
| Employee Type | Regular |
| Time Type | Full time |



View U.S. Employment Verification Status

05:20 PM
05/01/2024
Page 1 of 1

## MARCUS HARRIS (4010078)

| | |
|---|---|
| U.S. Employment Verification Status | I-9 Process Status |
| Employment Authorized | Process Finalized |

### Verification Status

| | |
|---:|---|
| Employment Start Date | 03/02/2022 |
| Original Hire Date | 09/01/2021 |
| Electronic Form I-9 Process | Process Finalized |
| U.S. Employment Verification Status | Employment Authorized |
| E-Verify Case Number | 2021245105743FA |
| Recorded By | |
| Recorded On | 09/02/2021 05:57 AM |

| Form I-9 | Business Process Status | Initiated On | I-9 Process Status | Currently Assigned To | U.S. Employment Verification Status | E-Verify Case Number | Finalization Comment |
|---|---|---|---|---|---|---|---|
| Complete Form I-9: MARCUS HARRIS (4010078) - Employment Authorized | Successfully Completed | 09/02/2021 05:48 AM | Process Finalized | | Employment Authorized | 2021245105743FA | |