FILED
2024 May-08 PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B



**U.S. Department of Labor**   Wage and Hour Division
Wage and Hour Division

Gulf Coast Alabama District Office

950 22nd Street North

Birmingham, AL, 35203

205-536-8570 Public

205-536-8579 Voicemail

*Via hand-delivery to Mike Casto and email to Larry Stein at jls@wimlaw.com*

Date: May 1, 2024


Re: Mar-Jac Poultry AL, LLC, Case ID# 1992158


Dear Employer:

The U.S. Department of Labor's Wage and Hour Division (WHD) is responsible for the administration and enforcement of the Fair Labor Standards Act (FLSA), which provides labor standards concerning minimum wage, overtime, and child labor.  The WHD is currently conducting an FLSA investigation of Mar-Jac Poultry AL, LLC (hereinafter "Mar-Jac Poultry").  The investigation is ongoing, but WHD believes that child labor violations occurred.  The apparent violation was present during WHD's warrant execution on May 1, 2024.  Consequently, WHD believes the goods produced by your firm between these dates were produced in violation of the FLSA.

Goods that are produced in or about an establishment where an FLSA child labor violation occurred in the past 30 days are considered "hot goods" under the FLSA.  Section 12(a) of the FLSA generally makes it illegal for a producer, manufacturer, or dealer to ship or deliver for shipment in interstate commerce such hot goods for 30 days after a child labor violation was committed.  See 29 U.S.C. § 212(a).   Please be aware that if hot goods become commingled or mixed with other goods and cannot be definitively separated from the other goods, then all the goods will be considered to be produced in violation of the FLSA and may not be shipped.

Section 17 of the Act gives the Secretary of Labor the authority to seek an injunction in federal district court to enjoin any violation of the FLSA, including a violation of the "hot goods" provision of section 12(a).  See 29 U.S.C. § 217.  The FLSA also provides for individual liability

for violations of its provisions under section 3(d) when any person acts directly or indirectly in the interest of an employer in relation to an employee.  See 29 U.S.C. § 203(d).

In order to ensure compliance with section 12(a), the WHD requests that Mar-Jac Poultry voluntarily refrain from shipping or delivering for shipment the goods identified above in interstate commerce, pending resolution of this matter.  Shipping the goods or delivering the goods for shipment could result in further violation of the FLSA.

Although WHD's request that Mar-Jac Poultry refrain from shipping or delivering these goods creates no legal obligation, if Mar-Jac Poultry does not agree to voluntarily withhold the goods from shipment pending resolution of this matter, the Department of Labor may file a civil action in federal district court seeking a court order to stop shipment of the affected goods and seeking other available remedies.  If a civil action is initiated, Mar-Jac Poultry would have the opportunity to appear and offer evidence to the court in rebuttal to the Department's evidence.

In addition, the WHD may contact any downstream purchasers and manufacturers of the goods to notify them that it may be a violation of the FLSA to ship or move the goods identified above in interstate commerce.  The WHD may request that these purchasers and manufacturers voluntarily refrain from shipping these goods further in interstate commerce.  Mar-Jac Poultry would have the option of participating in these contacts if they occur.

WHD representatives will contact Mar-Jac Poultry shortly to further discuss the investigative findings, in order to reach an agreed-upon resolution.  If Mar-Jac Poultry agrees not to ship the goods identified above while Mar-Jac Poultry and WHD negotiate an agreement, please sign the statement below and return a copy of this letter to this office by hand or email District Director Kenneth Stripling at stripling.kenneth@dol.gov.  If WHD has not received the signed statement below by 9:00 AM on May 2, 2024, WHD will assume that Mar-Jac Poultry does not intend to comply with this request to refrain from shipment.  Should you or Mar-Jac Poultry have any questions please call me directly at 205-865-8581.

Enclosed with this correspondence is the WHD fact sheet on hot goods.


Sincerely,

Kenneth Stripling

Enclosure: Hot Goods Fact Sheet

Mar-Jac Poultry hereby agrees not to ship or deliver for shipment any of the goods identified above in interstate commerce without providing this office actual written notice at least three full business days in advance of the shipment.

Dated: _____, 2024


By _____

*Mar-Jac Poultry AL, LLC*