FILED
2024 May-08 PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

# WIMBERLY, LAWSON,
## STECKEL, SCHNEIDER & STINE, P.C.

ATTORNEYS AT LAW

SUITE 400, LENOX TOWERS • 3400 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326-1107

(404) 365-0900 • FAX: (404) 261-3707 • INTERNET: WWW.WIMLAW.COM

J. LARRY STINE
SR. PRINCIPAL

Direct Dial
(404) 365-5606
E-mail: jls@wimlaw.com

AFFILIATED OFFICES

GEORGIA
ATLANTA • ATHENS
PEMBROKE

TENNESSEE
KNOXVILLE • MORRISTOWN
COOKEVILLE • NASHVILLE

SOUTH CAROLINA
GREENVILLE

May 1, 2024

Mr. Kenneth Stripling  
District Director  
U.S. Department of Labor  
Wage & Hour Division  
Gulf Coast Alabama District Office  

*Via Email: stripling.kenneth@dol.gov*

Mr. John O. Gainey  
Trial Attorney  
U.S. Department of Labor  
Office of the Solicitor  

*Via Email: gainey.john.o@dol.gov*

    Re:    Mar-Jac Poultry AL, LLC  
             Case ID #1992158

Gentlemen:

    This is written in response to your letters, written and received on May 1, 2024. Mar-Jac Poultry agrees not to ship in interstate commerce the goods identified in your letter as hot goods produced on the night shift investigated by Wage and Hour on May 1st pursuant to a Warrant without giving you 3 business days' notice. We are able to identify and set aside the product produced on that shift. A few partial loads were shipped first thing on the shift; we have identified those products and are sending them to a cold storage facility within Alabama. Accordingly, no product from that shift has been received by any customer.

    We have informed all employees that Wage and Hour believe are minors, not to work for us until this matter is resolved. We have been able to ascertain the identity of the female worker that Wage and Hour believes is a minor and have informed her not to work for us until this matter is resolved. At this time, we are unaware of any minor being employed by Mar-Jac on any shift. If Wage and Hour has information that another employee is a minor, we will immediately remove that employee until such time it is determined that the individual is a minor or not.

00567373

Mr. Kenneth Stripling
Mr. John O. Gainey
May 1, 2024
Page 2

Please be advised that Mar-Jac does not believe that it has violated the child labor regulations and reserves all rights it has. Mar-Jac has a policy not to hire anyone under 18; however, minors have supplied forged documents that misstate their birthdate. As soon as we discover that the employee is a minor, we immediately remove them from the plant. We greatly appreciate any information that will identify such individuals. We do conduct more detailed examinations if the applicant appears young while complying with other laws.

We look forward to quickly resolving this matter with you.

Sincerely,

J. Larry Stine
*Counsel for Mar-Jac Poultry AL, LLC*

JLS:nes

cc:   Mr. Lou Ayers (via email)
      Mr. Firas Barzinji (via email)
      Mr. Joel Williams (via email)
      Mr. Jim Wimberly (via email)

00567373

WIMBERLY, LAWSON,
STECKEL, SCHNEIDER & STINE, P.C.