FILED
2024 May-15  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION**

| | | |
|---|---|---|
| **JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **6:24-cv-00569-LSC** |
| **v.** | ) ) | |
| **MAR-JAC POULTRY OF ALABAMA, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

On May 15, 2024, the Court concluded a hearing on Plaintiff's motion for a temporary restraining order and preliminary injunction. (Doc. 2.) At the conclusion of the hearing, the parties agreed that Plaintiff would provide additional briefing by May 28, 2024. The parties further agreed that Defendant would thereafter have seven (7) days to file a response.

The parties' briefs are limited to fifteen (15) pages. The type size for all submissions must be at least fourteen points, except that footnotes may be 12-point type. After the briefing period has expired, the Court will take the motion under consideration without further notice to the parties.

**DONE** and **ORDERED** on May 15, 2024.

L. Scott Coogler
United States District Judge

215755